COMMONWEALTH of Pennsylvania, Respondent

v.

Dominic S. BURNO, Petitioner

No. 188 MAL 2017

Supreme Court of Pennsylvania.

September 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court erred in concluding that the evidence was sufficient to convict [Burno] of criminal trespass, where the evidence showed that [Burno] was a tenant of the residence at issue and had not been properly evicted pursuant to the Landlord and Tenant Act of 1951 (68 P.S. § 250.101), prior to the criminal action having been filed against him?